﻿Citation Nr: AXXXXXXXX
Decision Date: 11/29/19 Archive Date: 11/27/19

DOCKET NO. 190227-5565
DATE: November 29, 2019

ORDER

Entitlement to a compensable rating for bilateral hearing loss is dismissed.

FINDING OF FACT

A February 2019 VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement), regarding the rating for bilateral hearing loss assigned in a December 2018 rating decision is not valid for initiating an appeal to the Board.

CONCLUSION OF LAW

There is currently no valid appeal relating to the rating for bilateral hearing loss over which the Board has jurisdiction and, thus, the issue is dismissed. 38 U.S.C. §§ 7104, 7105; 38 C.F.R. § 20.101.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active service from July 1967 to July 1969.

In December 2018, the Regional Office issued a rating decision denying a compensable rating for bilateral hearing loss. In February 2019, the Veteran submitted a VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement), seeking to appeal the December 2018 rating decision under the framework of the Veterans Appeals Improvement and Modernization Act, also known as the Appeals Modernization Act (AMA). In May 2019, the Board informed the Veteran that his appeal had been placed on the Evidence Submission docket. However, because the rating decision was issued prior to February 19, 2019, which is the implementation date for the AMA, it may not be appealed under the AMA framework using a VA Form 10182. Rather, it must be appealed under the legacy appeals system using a VA Form 21-0958, Notice of Disagreement, as discussed in the letter informing the Veteran of the December 2018 rating decision. See 38 C.F.R. § 20.202. The February 2019 VA Form 10182 is therefore not valid for initiating an appeal to the Board as to the bilateral hearing loss rating. Because a valid appeal to the Board of the issue of entitlement to a compensable rating for bilateral hearing loss has not been completed, the Board does not have jurisdiction over that issue, and the issue is dismissed. See 38 U.S.C. §§ 7104, 7105; 38 C.F.R. § 20.101.

The Board notes that, as discussed in the letter informing the Veteran of the December 2018 rating decision, the Veteran may appeal that decision by completing a VA Form 21-0958 by December 19, 2019, one year from the date of the letter.

 

 

MICHAEL MARTIN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board T. J. Anthony, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.